JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RMG CAPITAL CORPORATION, a California corporation; FULLERTON COMMUNITY BANK, a California corporation; C.W.S., INC., a California corporation; OPUS BANK, a California corporation, as successor in interest of RMG CAPITAL CORPORATION and FULLERTON COMMUNITY BANK; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. SACV12 450 JST (MLGx)<br><br>[Honorable Josephine Staton Tucker]<br><br>**JUDGMENT**<br><br>Date:　June 4, 2012<br>Time:　10:00 a.m.<br>Ctrm.:　10A<br><br>Action Filed:　March 21, 2012<br>Trial Date:　None set |

The Court, having read and considered the papers and evidence submitted by the parties and arguments of counsel, on the Motion of Defendants Opus Bank and RMG Capital Corporation for Summary Judgment (the "Motion") , and the Court, having found, as more fully set forth in its Order of June 8, 2012, that there is no genuine dispute as to any material fact in this action and, pursuant to Federal Rule of Civil Procedure 56, the moving parties are entitled to summary judgment as a matter of law,

It is therefore now ORDERED, ADJUDGED and DECREED that judgment is entered in this action as follows:

1. Judgment is entered in favor of Defendants and against Plaintiff St. Paul Mercury Insurance Company ("Plaintiff") on all of Plaintiff's causes of action; and

2. Defendants shall recover from Plaintiff their costs of suit in accordance with applicable law.

IT IS SO ADJUDGED.

Dated: June 18, 2012

_____
Hon. Josephine Staton Tucker
United States District Judge